**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

J. Daniel Mahoney, Respondent,

v.

The Muhler Company, Inc. and Henry Hay III, in his individual capacity, Petitioners.

Appellate Case No. 2020-000370

---

Appeal from Charleston County
Bentley Price, Circuit Court Judge

---

Memorandum Opinion No. 2021-MO-004
Heard April 13, 2021 – Filed April 21, 2021

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Andrew K. Epting Jr. and Jaan G. Rannik, both of Epting & Rannik, LLC, of Charleston, for Petitioners.

Clayton B. McCullough, of McCullough Khan, LLC, of Charleston, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' order dated October 25, 2019, granting Respondent's motion to dismiss Petitioners' appeal. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**